UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ONE HUNDRED EIGHTY-FOUR )<br>THOUSAND, EIGHT HUNDRED )<br>SEVENTY DOLLARS ($184,870.00) )<br>U.S. CURRENCY, )<br>)<br>Defendant. ) | No. 4:06-CV-691 (CEJ) |

**ORDER**

This matter is before the Court on plaintiff's motion for default judgment pursuant to Rule 55(b)(2), Fed.R.Civ.P. The Clerk of Court entered default on July 12, 2006.

On January 3, 2006, in the Eastern District of Missouri, the defendant currency was seized during a consensual search of a vehicle stopped for a traffic violation. The occupants of the vehicle, David B. Bracey and Terika M. Westbrook, denied ownership of the currency and signed a disclaimer to that effect. The government thereafter filed a verified complaint of forfeiture under 21 U.S.C. § 881(a)(6). The government attempted service on Mr. Bracey via certified mail to the address he provided to the Drug Enforcement Administration at the time of the seizure. The letter was returned as "unclaimed." Ms. Westbrook accepted service of the complaint by certified mail. The government published notice of the seizure and forfeiture action on May 17, May 24, and

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

May 31, 2006. No claim to the defendant currency has been filed in this action and the time allowed for doing so has expired.

The government has shown through its verified complaint that there was reasonable cause for the seizure of the defendant currency. Claimant Terika M. Westbrook was served with process and all other potential claimants, including David B. Bracey, were served by publication. No valid claim appears in the Court record. Default judgment with respect to the defendant currency in the amount of $184,870.00 will be entered.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment with respect to the defendant currency in the amount of $184,870.00 [#8] is **granted**.

A separate judgment in accordance with this Order will be entered.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com